

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Jonathan W. Romankow, Assistant U.S. Attorney*  |  970 Broad Street, Suite 700
Newark, NJ 07102  |  (973) 645-2884
Fax (973) 645-4546

May 26, 2010

Honorable Peter G. Sheridan
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

      Re:    United States v. Casiano Martinez
               Crim. No. 06-935 (PGS)

Dear Judge Sheridan:

    In light of the fact that Casiano Martinez's appeal before the Board of Immigration Appeals to reopen deportation proceedings was denied on April 20, 2010, the government intends to proceed with the above-captioned case. Therefore, the government respectfully requests that a status conference be scheduled before Your Honor in this case. Thank you for your courtesies.

                                                  Very truly yours,

                                                  PAUL J. FISHMAN
                                                  United States Attorney

                                    By:    JONATHAN W. ROMANKOW
                                           Assistant U.S. Attorney

cc: Michael I. Okechuku, Esq.

*Pre-trial conf. on June 9, 2010 at 11:00 AM all parties and defendant must appear.*

SO ORDERED: *[signature] Peter G. Sheridan*
DATED: 5/26/10