UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CASIANO DE JESUS MARTINEZ | Crim. Action No.: 06-935 (PGS)<br><br>ORDER |

This matter having been brought to the Court pursuant to a June 10, 2010 status conference and Defendant's motion for assignment of counsel under the Criminal Justice Act (18 U.S.C. § 3006A); having heard the arguments of the parties and for the reasons set forth on the record, and for good cause having been shown;

IT IS on this 10th day of June 2010,

ORDERED that Defendant's motion is denied without prejudice; and it is further

ORDERED that the parties shall comply with the following trial schedule:

1. Government shall produce remaining discovery to Defendant by July 9, 2010.
2. Defendant shall produce remaining discovery to Government by July 30, 2010.
3. Defense Motions shall be filed on or before August 16, 2010.
4. Government's Reply Brief shall be filed on or before September 13, 2010.
5. If the Court deems it necessary, oral argument shall be held on September 29, 2010 at 10:00 a.m.
6. Trial shall commence on November 17, 2010 at 10:00 a.m.

June 10, 2010

PETER G. SHERIDAN, U.S.D.J.