# MICHAEL I. OKECHUKU
A PROFESSIONAL CORPORATION
*Counsellors at Law*

MICHAEL I. OKECHUKU, ESQ †

*Associate*
NEFERTITI M. FRANCE, ESQ. *
CHINEMEREM N. NJOKU, ESQ

*Of Counsel*
ARTURO SUAREZ-SILVERIO, ESQ. ^

^ ALSO MEMBER NY & FL BARS
* ALSO MEMBER PA BAR
† UNITED STATES BANKRUPTCY PANEL TRUSTEE

936 BROAD STREET, 2ND FLOOR • NEWARK, NJ 07102
tel 973.848.1400 • fax 973.848.0466
e-mail MOKECHUKU@BIOLAWNJ.COM

*Direct fax* 973.404.8521

August 24, 2010

Other Areas of Practice
Appellate Practice
Bankruptcy
Commercial Litigations
Debt Collections
Domestic Relations/Family
Immigration Law
Liquor License (ABC) Proceedings
Personal Injury/Auto Accident
Real Estate Transactions
Social Security Disability

SE HABLA ESPAÑOL

**VIA MAIL & FACSIMILE**
(973) 645-4549
Hon. Peter G. Sheridan
Judge of the District Court
Attention: Delores Hicks
Clarkson S. Fisher U.S. Courthouse
402 East State Street, Room 7W
Trenton, New Jersey 08608
609-989-2065

Re: **Martinez, Casiano De Jesus**
**Crim No. 06-935**

*[Handwritten: So Ordered, Peter Sheridan 8/25/10]*

Dear Judge Sheridan:

Kindly recollect that the undersigned represents the defendant, Casiano Martinez, in the above captioned criminal matter.

I wish to apologize to your Honor for not filing the motion of the defendant, as noted in the scheduling order. The due date had been mis-calendared by my office as August 26, 2010, instead of August 16, 2010, and I intended to submit same on or before that date.

May I respectfully therefore ask for the Court's indulgence to grant the defense a short adjournment to August 26, 2010, within which to file the motion. I have discussed same with the prosecutor, John Romankow, and communicated to him that the defense consents to an extension of time for the government to file a response to the said motion, if it so requests.

If your Honor has any questions, please do not hesitate to contact me at your earliest convenience.

Thank you.

Respectfully submitted,
MICHAEL OKECHUKU, PC

/s/Michael I. Okechuku
MICHAEL I. OKECHUKU

MIO/tj
Enclosure
cc: Jonathan W. Romankow, AUSA – Via mail & facsimile – (973) 297 2094