**MICHAEL I. OKECHUKU, PC**
936 Broad Street, Second Floor
Newark, New Jersey 07102
**MICHAEL I. OKECHUKU, ESQ.**
(973) 848-1400
Counsel for the Defendant, Casiano Martinez

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Hon. Peter G. Sheridan, USDJ |
| | : | |
| v. | : | Case No. 06-935 |
| | : | |
| CASIANO MARTINEZ, | : | CONSENT ORDER TO MODIFY |
| | : | CONDITIONS OF RELEASE |
| Defendant. | : | |

This matter having been opened to the Court by Michael Okechuku, Esq., defendant's counsel, with the consent of the United States of America (Jonathan W. Romankow, Assistant U.S. Attorney, appearing) and the United States Pretrial Services (Alexander Resto, U.S. Pretrial Officer, appearing), for an order granting the defendant's application seeking to have his primary residence located at 163 La France Avenue, Bloomfield, New Jersey, removed from his appearance bond so that the defendant may sell the subject property in order to pay certain financial obligations; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that the defendant's application should be granted for the following reasons:

1. Defendant is and has been in compliance with the conditions of release;

2. The United States represented by the United States Attorneys and the United States Pretrial Services consent to the grant of the defendant's application;

3. Pursuant to Title 18 of the United States Code, Section 3141, *et seq.*, the ends of justice is served by granting the application seeking to have defendant's primary residence located at 162 La France Avenue, Bloomfield, New Jersey, removed from defendant's appearance bond.

WHEREFORE, on this ___7___ day of March 2011,

IT IS ORDERED that the defendant's application for modification of the conditions of his release is hereby granted; and

IT IS FURTHER ORDERED that the defendant's primary residence located at 163 La France Avenue, Bloomfield, New Jersey, is hereby removed from defendant's appearance bond so that the defendant may sell the subject property and pay certain financial obligations, including outstanding fees to his defense counsel; and

IT IS FURTHER ORDERED that all other conditions of defendant's bail be continued as previously set by the Honorable Claire C. Cecchi, United States Magistrate Judge, on September 12, 2006, including any subsequent modifications.

_____
HON. PETER G. SHERIDAN
United States District Judge